

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __May 12, 2021__

May 11, 2021

**MEMO ENDORSED**

**BY ECF**

Hon. Andrew L. Carter, Jr
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re: *Escalante v. Saul*, No. 20 Civ. 10650 (ALC)

Dear Judge Carter:

      This Office represents the Commissioner of Social Security (the "Commissioner"), the defendant in the above-referenced action, which the plaintiff brought pursuant to 42 U.S.C. § 405(g) to appeal the Commissioner's decision to deny her application for Social Security disability benefits.

      I respectfully write to request, with the plaintiff's consent, a 60-day extension of time for the Commissioner to file the certified administrative record in this case, from May 11, 2021, to July 12, 2021. The extension is needed because the COVID-19 pandemic has significantly impacted the operations of the Social Security Administration ("SSA") and its Office of Appellate Operations ("OAO") and materially affected its ability to prepare certified administrative records. As described in the Declaration of Jebby Rasputnis, dated March 17, 2021, beginning in mid-March 2020, the SSA restricted physical access to its physical buildings. (Rasputnis Decl. ¶ 2.) Since that time, OAO has been working to overhaul, redo, refine, and streamline its business processes to continue operations remotely. (Rasputnis Decl. ¶ 2.) It has now reached and surpassed pre-pandemic levels of production of electronic certified administrative records. (Rasputnis Decl. ¶ 2.) However, while the OAO transitioned to a virtual process, the number of new cases filed in federal court also increased, creating a significant backlog that the OAO is still working to address. (Rasputnis Decl. ¶¶ 3-5.)

      This is the Commissioner's first request for an extension in this case, and the plaintiff consents to this request.

I thank the Court for its consideration of this request.

                    Respectfully,

                    AUDREY STRAUSS
                    United States Attorney

                /s/ Amanda F. Parsels
        BY:  AMANDA F. PARSELS
                    Assistant United States Attorney
                    Tel.: (212) 637-2780
                    Cell: (646) 596-1952
                    Email: amanda.parsels@usdoj.gov

cc:       Daniel Berger, Esq.
           *Attorney for Plaintiff*

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated: May 12, 2021**