**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ELVIA ESCALANTE,

                      Plaintiff,                   20 **CIVIL** 10650 (ALC)

        -v-                                       **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,
                      Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated October 1, 2021, that the decision of the Acting

Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby

is, remanded pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative

proceedings.

**Dated:** New York, New York
        October 1, 2021


                                            **RUBY J. KRAJICK**

                                 _____

                                          **Clerk of Court**
**BY:**          K. mango

                                          _____

                                              **Deputy Clerk**